**SEALED**
**BY ORDER OF THE COURT**

# UNITED STATES DISTRICT COURT
for the
District of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Nov 24, 2025 2:02 PM
Lucy H. Carrillo, Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| DAVID YAMAMOTO | ) | MJ25-01463-KJM |
| | ) | |
| | ) | **FILED UNDER SEAL PURSUANT TO** |
| | ) | **CrimLR 5.2(a)(1)** |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __March 2023 to August 2025__ in the county of _____ in the
_____ District of __Hawaii__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 2251(a) and (e) | Production of Child Pornography and Attempt |

This criminal complaint is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Andrea Gordner, Special Agent, FBI
*Printed name and title*

Signed and sworn to telephonically pursuant to F.R.Crim.P. 4.1(b)(2).

Date: November 24, 2025

_____
Kenneth J. Mansfield
United States Magistrate Judge

City and state: Honolulu, Hawaii

KENNETH M. SORENSON
United States Attorney
District of Hawaii

REBECCA A. PERLMUTTER
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Email: Rebecca.Perlmutter@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CASE NO. MJ25-01463-KJM |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | AFFIDAVIT IN SUPPORT OF |
| | ) | CRIMINAL COMPLAINT |
| DAVID YAMAMOTO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, ANDREA GORDNER, after being duly sworn, depose and state as follows:

1. This affidavit is submitted for the purpose of establishing probable cause for a complaint charging that from at least in or around March 2023 to August 2025, in the District of Hawaii and elsewhere, David Yamamoto

("YAMAMOTO" or the "SUBJECT") produced and attempted to produce child pornography, in violation of 18 U.S.C. § 2251(a) and (e).[1]

2.   I am a Special Agent with the Federal Bureau of Investigation ("FBI") and am presently assigned to the FBI's Honolulu Division, where I focus on cybercrime. I have been a Special Agent since June 2021. I completed the 21-week Basic Field Training Course in Quantico, Virginia, which included training from the FBI regarding computer technology, computer fraud, white collar crime, violent crime, interviewing and interrogation techniques, and arrest and search warrant procedures. I have also received extensive specialized training relating to cybercrime. I am currently assigned to the violent crime squad working primarily crimes against children investigations. Prior to joining the FBI, I worked for the Central Intelligence Agency for four years. My education includes a bachelor's degree in mathematics from the University of South Carolina.

3.   I have observed and reviewed numerous examples of child pornography in various forms of media including digital media. As a result of my

---

[1] This Affidavit supports probable cause that the SUBJECT did attempt to and did employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct and for the purpose of transmitting a live visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transmitted using a means and facility of interstate and foreign commerce, and in and affecting such commerce, which visual depiction was produced and transmitted using materials that had been transported in and affecting interstate and foreign commerce by any means, including by computer.

experience and training, I am familiar with the common practices of individuals and organizations involved in the possession and/or distribution of child pornography. I have also spoken with Special Agents who have extensive experience in child sexual exploitation investigations. Combined, these agents have participated in hundreds of child sexual exploitation investigations. These agents have frequently imparted to me the substance of their child exploitation investigations.

4.  The facts and information contained in this affidavit are based on my personal involvement in this investigation, personal knowledge and observations, my review of records and documents obtained during this investigation, and information received from other individuals, including analysts and other law enforcement officers, as well as my training and experience. Because this affidavit is submitted for the limited purpose of establishing probable cause to obtain a criminal complaint, it does not set forth each and every fact known by me or the United States.

## PROBABLE CAUSE

1.  In June 2025, an individual known to law enforcement with the initials AS filed an online tip with FBI alleging an individual who may be known as "Dave Yama" engaged in online child exploitation. The online submitter wrote:

    > "Dave Yama" contacted my 14-year-old in ROBLOX under the profile @xYama[XXXXX]. Later he friended her on DISCORD as Yamz力 or yamakazii beginning on 6/4/25. Over the course of 3 weeks befriended my

3

child, spoke to her for hours on audible calls and messaged her. Yama then coaxed my child into sending photos of herself that began with her face, then in bikini, then topless, then fully nude, to fully nude in sexual positions exhibiting her genitalia. He would send her pornographic images of women and ask her to replicate the poses. My child also determined that Yama has an Instagram profile of dave[XXXXXXXX] or "David Yama".

2.   FBI Los Angeles agents interviewed AS.  AS stated: AS's daughter, hereinafter "Minor Victim 1 (MV1)," believed the SUBJECT to be a 16-year-old boy who lived in Honolulu, HI.  In reviewing the family shared iCloud account, AS found explicit images her daughter took and sent to the SUBJECT, at his request and direction.

3.   AS also reported this incident to the local police in Redlands, CA.  The Redlands Police Department deconflicted with the FBI by sharing investigative reports, screenshots provided by AS, and search warrant evidence from communications providers/platforms, including Discord[2], for the accounts reported by AS[3]. The information in the Discord search warrant return suggested the SUBJECT was located in Hawaii.

---

[2] Discord is an instant messaging and VoIP social platform that allows communication through voice calls, video calls, text messaging, and media.

[3] A search warrant was served on Discord.  The affiant was Detective Dale Peters of the Redlands Police Department and the warrant was signed by a judge on or about August 14, 2025, in the Superior Court of California – County of San Bernadino.

4

4. In October 2025, FBI Honolulu agents initiated their review of the search warrant evidence for the SUBJECT's Discord (username "yamakazii") and other accounts.

### *Identification of the SUBJECT and Discord Account Attribution*

5. In addition to the FBI tip described above, on Discord, throughout the conversations with various minors and other Discord users, yamakazii reveals personal information about himself to include his first name (David and/or Dave), part of his last name (Yama), a partial date of birth (June XX[4]), that he lives in Hawaii, that he works at a bank, and loves vehicles. Additionally, in chats in Discord that have been reviewed, this Affiant observed that the SUBJECT sent images of himself to other users. Those images appear to be the same individual as YAMAMOTO in his Hawaii driver's license photo. The SUBJECT also sent an image of his Toyota Supra with a license plate registered to YAMAMOTO.

6. The billing information provided by Discord for the yamakazii account was provided as: David Yamamoto at XXXX in Waipahu, HI 96797.

7. Open-source checks revealed that there is a David Yamamoto at XXXX in Waipahu, HI 96797. The Hawaii Department of Motor Vehicles (DMV) system revealed there is a David Yamamoto located at the Waipahu location. DMV checks show David Yamamoto has two cars registered to him.

---

[4] The same day and month as the SUBJECT's date of birth.

8.    In Discord conversations, yamakazii tells a couple of Discord users that he works at a bank. Hawaii Department of Labor checks reveal the SUBJECT worked/works at a federal credit union located in Hawaii.

9.    Information from Charter returns for the top IP address associated with the Discord returns reveal the subscriber for IP address, 66.91.230.199, is an individual who appears to be a relative of the SUBJECT and appears to live at the same residence as the SUBJECT, according to open source and law enforcement checks.

### *Discord Evidence Involving the Subject and Minor Females*

10.    Based on that information, between at least in or around March 14, 2023, to August 14, 2025, the SUBJECT's Discord account, yamakazii, was engaged in several conversations with users who appear to be minor females. Thus far in FBI's review of the Discord information, at least 128 conversations have been identified between yamakazii and different Discord accounts with at least approximately 19 of those conversations involving users who state that they are under the age of 18 years old.

11.    The SUBJECT appears to have a pattern of meeting minor females, with ages identified as approximately 10-16 years old, on internet platforms/applications, such as Roblox[5], and then transitioning to talk on other

---

[5] Roblox is an online platform that allows users to create, share, and participate in interactive 3D virtual environments. The platform supports user-generated games

communications applications, such as Discord. The SUBJECT generally tells minor females that he is a teenager, who is approximately 16 or 17 years old. However, the SUBJECT's (David YAMAMOTO) birth year is 1998. On Discord, the SUBJECT has solicited sexually explicit images and videos from user accounts who are believed to be minor females. Based on the timing and content of certain conversations between the SUBJECT and certain user accounts, it also appears that the SUBJECT and minor females have participated in live video calls where the SUBJECT has directed the minors to engage in sexually explicit acts.[6]

12.     As previously described, the Discord conversations with user accounts involving individuals believed to be minors appear to originate on a different platform, likely Roblox, given the context in the conversations alluding to games and Robux.[7] Further, during many of the conversations with user accounts that are

---

and experiences, which are accessible through a variety of devices, including PC, mobile, and console. Roblox also has social features, such as chat and friend lists.

[6] For an example, generally, the SUBJECT tells the other account user, believed to be a minor based on the chats and context, to get on a "call" or uses the word "live," and the other account user then stops directly responding in the conversation chat while the SUBJECT provides directions, such as "strip down nude," "good girl," "start fingering," "my personal cam girl," and "let me hear" (taken from a conversation with MV2).

[7] Robux is the virtual currency used within the Roblox platform, allowing users to purchase in-game items, avatar accessories, game passes, and other premium features. Users can acquire Robux through various means, including direct purchase with real money, through membership subscriptions (such as Roblox Premium), or by earning it from user-generated games or content.

believed to be minors, the SUBJECT and the various minors reference talking simultaneously on other communications platform/applications.

### *Discord Communications with MV2*

13.     In reviewing the Discord information, FBI Honolulu agents identified approximately six Discord user accounts where the SUBJECT called the other user "[Evi]".[8]  Based on the FBI's current analysis of these separate accounts and the content of the conversations with the SUBJECT, they appear to involve the same user, known as "Minor Victim 2 (MV2)".[9]

14.     Multiple times throughout their conversations on Discord, the SUBJECT and MV2 refer to the SUBJECT as a "pedo" and that he is 20 years old. Based on the time frame of the Discord conversations, in 2023 to 2024, MV2 states that she is 13 years old and in 9th grade.[10]  In a conversation on October 14, 2023, MV2 and the SUBJECT discuss a time when the SUBJECT asked MV2 for nudes

---

[8] "Evi" is a pseudonym used herein to protect the identity of MV2.

[9] Based on my training and experience, there are several possible reasons why MV2 may have had multiple Discord accounts.  She may use multiple accounts to communicate with different individuals, to deal with possible bans or suspensions, or for other purposes.  Based on the FBI's analysis, the six accounts identified as the same user, MV2, appear to be consistent in the conversational style of the user, the images shared in separate accounts appear to be of the same individual (i.e., user/MV2), and certain content in conversations appears to overlap.

[10] At this time, FBI Honolulu is working in coordination with the Australian Federal Police to identify and interview a minor who appears to be MV2.

when she was only 10 years old. Specifically, MV2 stated: "AJAJAHAHA says the one that started to ask for nudes when i turned 10".

15. During the conversations with the SUBJECT and MV2 across the six Discord accounts identified to be associated with MV2, the SUBJECT repeatedly directs MV2 to send the SUBJECT videos and images, and engages in multiple live calls, which appear to involve sexually explicit images/videos and conduct. For example, on March 4, 2025, the SUBJECT states, "Im gonna call for a live rq".[11] When MV2 responds that her phone is going to die, the SUBJECT states, "Shut up bitch obey your dom" and then "Fine I'll settle for a wineglass".[12] When she responds by saying that she is sleepy, he states, "Fine a place to do the wineglass I need this rn NOW" and "[Evi], stop disobeying… think about how my balls feel…come on they're so full." On August 13, 2025, the SUBJECT states, "Lwt me see your naked body", "both full bodies and a hunipop[13] on snal", "Snap". MV2

---

[11] Based on context, "rq" appears to mean "real quick."

[12] Based on this Affiant's review of the conversations between the SUBJECT and MV2, I believe that "wineglass" refers to an image of MV2 where she is nude and poses her body in a fashion to mimic the shape of a wineglass. FBI also reviewed Discord conversations the SUBJECT had with other users believed to be minors who were asked to pose in the same manner.

[13] Based on FBI's review of the conversations between the SUBJECT and MV2, as well as other users who are believed to be minors, I believe that "hunipop" or sometimes spelled "huniepop" is a pose requested by the SUBJECT referencing a mature-rated dating simulation game that combines puzzle gameplay with adult content, where players interact with characters in a sexually suggestive context. The game contains explicit themes and imagery.

9

responds, "you can see it on call". The SUBJECT states, "I meant", "in your room", "With all that natural light hitting your young body 😁".

16. On or about May 18, 2024, the SUBJECT refers to MV2 as a "9th" grader. In this same conversation, the SUBJECT asks for "doggy" or "doggy live" over 150 times by saying things such as, "all I need you to do is get in a doggy live" and "shave and do a doggy cream vid I got $100 for you". He later also directs her to make what appears to be a sexually explicit video: "When they sleep, I want you to do a doggy live captioned 'I'm ready for your pedo cock'" (based on context, your affiant understands the "they" to be MV2's parents).

17. In reviewing the Discord attachments MV2 sent to the SUBJECT in just one of the six identified MV2 accounts, MV2 sent at least approximately 2,873 media files to him. Hundreds of those files are images of what appear to be of the same Asian minor female who is approximately 11-14 years old, based on my observations of her overall facial appearance, body size and stature, as well as breast and hip development. That individual appears to be in sexually explicit poses that align with what the SUBJECT had asked MV2 to do in their conversations (*e.g.*, "doggy style" or urinating). In some of the videos she is using objects, such as a toothbrush, to masturbate. Throughout their conversation from at least March 2023 to August 2025, the SUBJECT directed MV2 to engage in the sexually explicit conduct, such as:

10

    a.    "Doggy style with panties, full body two peace signs nude, full body mirror shots with and without panties"

    b.    "Now expose your booty hole…"

    c.    "RECORD THE PISS STANDING ABOCE CAM NUDE"

18.    Your affiant reviewed the images/videos sent by MV2 to the SUBJECT in the Discord returns. In my training and experience, there is probable cause to believe that they are depictions of a minor engaged in sexually explicit conduct, including masturbation. The following are descriptions of selected images/videos sent by MV2:

    a.    File: 1085166584118648863_1090840272600047677_1090840272075771924_SPOILER_IMG_5573, is an image of MV2 who appears to be in the "doggy pose" requested by the SUBJECT. The photo is taken from above and behind while MV2 is on the floor. She is naked and you can see her anus and vagina.[14]

    b.    File: 1085166584118648863_1096283970192298024_1096283969521201242_S

---

[14] On or about March 30, 2023, the SUBJECT and MV2 discussed sexually explicit poses that the SUBJECT wanted MV2 to send him. Just prior to MV2 sending the file described in paragraph 18.a., the SUBJECT solicited an image that was "a doggy style from above . . . ." MV2 responded that was difficult to pose.

POILER_IMG_6093, is a photo of MV2 laying on a bed using her hands to hold spread her legs and vagina open. She is naked and you can see her breasts and face.

 c. File: 1085166584118648863_1166395041116332042_1166395040264880129_SPOILER_filtered-76297BD9-9B15-4C4C-B223-1F46AF19FFF7, is an approximately 9 second video of a close-up of MV2 inserting a pink hairbrush into her anus.[15]

 d. File: 1085166584118648863_1166360650902163477_1166360650168152144_SPOILER_filtered-E4776D52-0895-4F45-A41A-325A97255050, is a 1 minute and 10 second video of a close-up of MV2 inserting a pink Dyson hairbrush in and out of her vagina and then using her hands to masturbate.

 e. File: 1085166584118648863_1148218591775293490_1148218591422984202_SPOILER_IMG_5272, is an approximately 44 second video of MV2 laying completely naked on the floor with her butt and legs propped up on what

---

[15] On or about October 24, 2023, the SUBJECT directed MV2 to put an object in her anus. MV2 responded that it hurts and the SUBJECT should review an earlier Snapchat. The SUBJECT stated "Ms K, one more time for Mr Y". Thereafter, MV2 sent the file described in paragraph 18.c.

appears to be a bed. Her body and hands are positioned such that when she urinates it projects onto her face, hair, and ground.

## CONCLUSION

19.     WHEREFORE, based on the aforementioned facts, I respectfully submit that there is probable cause that from at least in or around March 2023 to August 2025, in the District of Hawaii and elsewhere, the SUBJECT, David YAMAMOTO, produced and attempted to produce child pornography, in violation of 18 U.S.C. § 2251(a) and (e).

Respectfully submitted,

ANDREA GORDNER
Special Agent
Federal Bureau of Investigations

This Criminal Complaint and Affidavit in support thereof were presented to, approved by, and probable cause to believe that the defendant above-named committed the charged crime(s) found to exist by the undersigned Judicial Officer on November  24 , 2025.

Sworn to under oath before me telephonically, and attestation acknowledged pursuant to Fed. R. Crim. P. 4.1(b)(2) on November  24 , 2025, at Honolulu, Hawaii.



Kenneth J. Mansfield
United States Magistrate Judge

13