SALINA M. KANAI  #8096
Federal Public Defender
District of Hawaii

MELINDA K. YAMAGA #9246
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii   96850-5269
Telephone:  (808) 541-2521
Facsimile:  (808) 541-3545
E-Mail:        Melinda_Yamaga@fd.org

Attorney for Defendant
DAVID YAMAMOTO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAG. NO. 25-01463 KJM |
| | ) | |
| Plaintiff, | ) | SUBMISSION OF SUPPORT |
| | ) | LETTERS FOR DETENTION |
| vs. | ) | HEARING; CERTIFICATE OF |
| | ) | SERVICE |
| DAVID YAMAMOTO, | ) | |
| | ) | Hearing:  12/02/2025 |
| Defendant. | ) | Time:       10:30 a.m. |
| | ) | Judge:     Wes Reber Porter |

SUBMISSION OF SUPPORT LETTERS FOR DETENTION HEARING

Defendant David Yamamoto, through undersigned counsel, Melinda K.

Yamaga, Assistant Federal Defender, hereby submits the attached support letters

for the Detention Hearing set for December 2, 2025, at 10:30 a.m., before

Magistrate Judge Wes Reber Porter.

DATED:  Honolulu, Hawaiʻi, December 1, 2025.


   /s/ Melinda K. Yamaga
MELINDA K. YAMAGA
Attorney for Defendant
DAVID YAMAMOTO

Laura Yamamoto



November 29, 2025

The Honorable Mag. Judge Wes Reber Porter
United States District Court
District of Hawaii

Re: Letter of Support for My Son, David Sueki Yamamoto

Dear Judge Porter:

My name is Laura Yamamoto, and I am the mother of David Yamamoto. I am writing with full awareness of the seriousness of the situation and the charges before the Court. My purpose is not to minimize the gravity of the allegations, but to share my honest perspective of my son's character and to respectfully ask the Court to consider him for pre-trial release.

I have known David to be a caring, responsible, loving, and family-oriented person. He has worked steadily since high school to support himself and contribute to the family.  He enjoys helping other people if it's at work, at home or in the community.  For example, we were at Foodland when he was a boyscout and he helped this older gentleman behind us in a motorized wheelchair shopping cart and he asked the gentleman, do you need help with your groceries?  The man told him, you must be a boyscout.  This in itself showed so much in my son's character.

If the Court allows his release, David will have a stable and supportive home with me. He can live at my residence at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and I am fully willing to act as a third-party custodian if the Court finds it helpful. I will make sure he follows all court orders, attends every required hearing, and complies with any supervision or restrictions placed upon him.

My son has strong ties to our family and our community, and I believe these ties will help ensure he remains stable and accountable throughout the pre-trial process. He understands the seriousness of these proceedings and is committed to addressing them responsibly. I firmly believe he will comply with all conditions the Court may set.

Your Honor, I respectfully ask you to consider this letter as a reflection of the family support available to David. I offer my home, my guidance, and my supervision to help ensure he meets every obligation required by the Court.

Thank you for your time and consideration. If the Court needs any additional information, I am available at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

Respectfully,

Laura Yamamoto

Mark H Yamamoto



November 30, 2025

The Honorable Wes Reber Porter
United States District Court
District of Hawaii

Dear Judge Porter:

My name is Mark Yamamoto, and I am writing to respectfully offer my support for David Yamamoto as the Court considers whether he should be released pending trial.

As David's dad, I know this would be seen as a biased opinion, but I also believe that my perspective on him is important as I have been a part of his whole life, from birth to present, and the fact that he has lived with me in my home his whole life and I see him on a daily basis.

I have found my son David to be a special person -  soft-spoken, easy going, and very respectful in his interactions with others. He seems to get along with everyone he meets. I find him to be trustworthy, honest and dependable with anything I ask of him. He has responsibly maintained employment throughout his life, and is currently employed, earning the respect of both his co-workers and supervisors for his work ethic and professionalism. David has also maintained friendships with some of them from previous places of employment outside of the workplace. He also has friends outside of the workplace that he will spend time with. He has strong family connections, with grandparents, parents, a sister, cousins, and uncles and aunties who all know him to be the same soft-spoken, easy going and respectful person that I know and love and who will also support him fully. I truly believe that these connections and his sense of responsibility significantly reduce any risk of flight.

I was asked by the probation officer in charge if I would be willing to have David return home (my place of residence) if pre-trial release was granted, and my response was a whole-hearted 'Yes!'.  As he would be residing with me if this pre-trial release is granted, I am also committed to provide the environment and means to enable David's full compliance with any and all conditions that are imposed. David's entire family and I are also confident that David will fully comply with all conditions that the Court may impose, and would be willing and able to assist and support David fully in this regard.

Thank you for taking the time to read this letter. Please contact me at any time if you need any further information.

Respectfully,

Mark Yamamoto

Matsuzaka-Tei Hawaii
Masato Sunada - Owner/President
Matsuzakatei LLC



November 29, 2025

The Honorable Mag. Judge Wes Reber Porter
United States District Court
District of Hawaii  .

Re: Character Letter in Support of Pre-Trial Release for David Sueki Yamamoto

Dear Judge Porter:

My name is Masato Sunada, and I am the Owner/President at Matsuzaka-Tei, where I have been employed for the past ten (10) years. I am writing this letter in support of David Sueki Yamamoto regarding the upcoming pre-trial detention hearing. I understand the seriousness of the charges and the court's responsibility in determining the appropriate conditions for release. My intention is to provide honest information about David based on my direct experience as his employer.

I have known David for six (6) years in my role as his supervisor. During this time, he has consistently demonstrated professionalism, reliability, and strong work ethic. He has always been punctual, respectful to colleagues, and willing to take on additional responsibilities when needed. I have never known David to be violent, irresponsible, or untrustworthy in any way.

Since David's arrest, we at Matsuzaki-Tei remain willing to continue employing him, and a stable job will be available immediately should the Court allow pre-trial release. We are confident in his ability to comply with all conditions set by the Court. In my experience, David is someone who respects authority and takes obligations seriously. I believe he would fully adhere to any supervision, reporting requirements, or restrictions placed upon him.

I also understand that one of the Court's considerations is whether the individual has strong community ties. David has always expressed a deep commitment to his family and maintaining stability through employment. I believe these ties and responsibilities provide strong reasons to trust that he will appear for all required court dates and follow any directives issued.

Your Honor, I respectfully ask that you consider this information when evaluating David's character and potential for complying with pre-trial release conditions. I am available to answer any questions the Court may have and can be reached at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Thank you for your time and consideration.

Respectfully,

Masato Sunada
Owner/President
Matsuzaka-Tei Hawaii

Vance Morimoto

███████████████████

██████████████

██████████

███████████████

11/29/2025

The Honorable Mag. Judge Wes Reber Porter
United States District Court
District of Hawaii

Re: Character Letter in Support of Pre-Trial Release for David Sueki Yamamoto

Dear Judge Porter:

My name is Vance Morimoto, and I am writing to respectfully offer my support for David Sueki Yamamoto as the Court considers whether he should be released pending trial. I understand the seriousness of the charges and the importance of ensuring that the Court has accurate information about who David is as a person.

I have known David for 6 years in my capacity as the husband of David's mother and he refers to me as, "uncle Vance." Throughout this time, I have always known him to be responsible, honest, dependable and respectful. In my direct experience, he has shown a deep commitment to family, strong work ethic, consistent history of helping others, calm personable demeanor, willingness to learn, and my personal favorite thing about David is that when he leaves our house on our weekly family dinners, he always takes the time to shake my hand.

I am aware of the current charges, but I can speak to David's character and behavior outside this situation. He has deep ties to our community, including family and friends, long-term employment (6 years at Matsuzaka-Tei  and 6 months a Hawaii State Federal Credit Union), and I firmly believe these ties reduce any risk of flight. I also understand the responsibilities associated with pre-trial release and I am confident that David will fully comply with all conditions the Court may impose.

If the Court finds it helpful, I am willing to assist with supervision, provide transportation to court dates, or otherwise help ensure compliance with pre-trial requirements.

Thank you for taking the time to read this letter and consider my perspective. If you need any further information, I am available at ██████████████████████

Respectfully,



Vance Morimoto

November 30, 2025

Lori Ann Iha



The Honorable Mag. Judge Wes Reber Porter
United State District Court
District of Hawai'i

**Re: Character Letter in Support of Pre-Trial Release for David Sueki Yamamoto**

Dear Judge Wes Porter:

My name is Lori Ann Iha, I am respectfully offering my support for David Sueki Yamamoto as the Court considers whether David should be released pending trial. I understand the seriousness of the charges and the importance of ensuring that the Court has accurate information about my nephew David as an individual.

I am aware of the current charges, but I would like to share with you David's heart and his spirit. I have known David since he was born. He has grown up to be a very respectful, caring, dependable and responsible young man. I know that his family is very important to him. He's an active supporter in Community events through Hawaii State Federal Credit Union. (Meals on Wheels). David has worked at several different jobs after high school. Zippy's, Kapolei golf course, Matsuzaka-Tei and worked himself up to running the fast-food restaurant for the past six years. Currently David is employed at and presently working at State Federal Credit Union as a Teller.

David has been very responsible with his money that he has earned over the years. Savings to purchase his own car, pays for own car insurance and gas. David spends time taking care of his car. Like changing his own oil and tuning it up.

I would like to thank you for this opportunity in allowing me to share my heart about David Sueki Yamamoto. If you require any further assistant from me I can be reach at

Respectfully,

Lori Ann Iha

Arnold R Schulmeister Commander USN (retired)

███████████████████████████████

█████████

██████████████████████

11-29-2025

The Honorable Mag. Judge Wes Reber Porter
United States District Court
District of Hawaii

Re: Character Letter in Support of Pre-Trial Release for David Sueki Yamamoto

Dear Judge Porter;

I, Arnold Schulmeister am respectfully offering my support for my grandson David Sueki Yamamoto as you are considering whether he is warranted release pending his upcoming trial. I understand the gravity of the charges David is accused of and I want the court to have specific information about who David is.

I and my wife have been actively engaged with David his entire life. From caring for him as an infant, while his mom and dad worked, throughout his school years and into adulthood. He has always reflected honesty, dependability, and responsibility through the years.  He has demonstrated this his entire life as evidenced in his early years becoming an Eagle Scout, a member of his high-school marching band and a member of the Youth Symphony.  He has continued this into his adulthood as evidenced by his work ethic and praises from his fellow employees and management throughout his working years.

Throughout my Navy and civilian career, I have had the opportunity to evaluate and make decisions on numerous personnel decisions both favorable and unfavorable. Based on the above, coupled with his deep affections within his family, David exhibits no risk of flight and will fully comply with all conditions the court may impose on his pre-trial release.

As always, I am willing to assist with David's supervision and assuring he will be present at any dates mandated by the court and any other pre-trial requirements the court may impose. Thank you for taking time reading this letter and considering my thoughts of David.  If you need any additional information about David please contact me at ████████████████████████ ██████████

Respectfully,
Arnold Schulmeister

Dr. Cheryl Larrua

██████████████████████████

███████████████

███████

██████████████

11/29/2025

The Honorable Magistrate Judge Wes Reber Porter
United States District Court
District of Hawaii

Re: Character Letter in Support of Pre-Trial Release for David Sueki Yamamoto

Dear Judge Porter:

My name is Dr. Cheryl Larrua, and I am blessed to be the Aunt of David Yamamoto. From the moment David came into this world, he has been a shining light in our family, a source of joy, warmth, and kindness that has touched every one of us. His gentle spirit and compassionate heart have always made him naturally gravitate towards people.



David has always been this kind of person loving, dependable, and deeply committed to his family. He has shown responsibility in all areas of his life, whether it is work, family obligations, or supporting those he loves. Knowing him as I do, this situation has been nothing short of heartbreaking and deeply shocking. It is painful for all of us who know his true character. He is not a threat to his family, his friends, or the community. He is a young man with a good heart who, despite this misstep, has so much potential to continue doing good in the world.

I humbly and respectfully ask you to take a moment to read the letters of support from those who know him best. Our entire family stands united behind David. We know he will take responsibility for his actions, but we also ask that you please consider leniency regarding pre-trial release. David is loved beyond measure, and we will continue to support him through every step of this journey.

Should you have any questions or wish to speak with me, please do not hesitate to reach out. Although this experience has been devastating, our faith remains strong, and our love and support for David will never falter.

Sincerely,
Dr. Cheryl Larrua

Coleen Matsumura



11/30/2025

The Honorable Mag. Judge Wes Reber Porter
United States District Court
District of Hawaii

Re: Character reference for David Sueki Yamamoto, Case No. 1:25-mj-01463-KJM

Dear Judge Porter:

My name is Coleen Matsumura. I am writing this letter to offer my personal support for David Sueki Yamamoto. I have been made aware of the seriousness of these charges. I am certain David is taking these charges seriously. Respectfully, I share with the Court my perspective of David's character and behavior outside of the current situation and request of the Court a consideration of a release pre-trail.

I have known David Sueki Yamamoto for over 20 years in the capacity as a close family friend and David refers to me as, "Aunt Coleen". I have enjoyed over two decades of being present in David's life from his striving to get each step correctly in his elementary school May Day performances, pursuing the difficult Boy Scout badges thru middle and high school, applying to his first job, and growing into his twenties as a mindful and responsible working adult learning the trade of running a restaurant and then exploring the banking business.

David has always shown great respect and commitment to family, friends, church, and work. What I like best about David is his respectful behavior when I see him. I have always known David to be the helpful volunteer, the dedicated and honest worker, the supportive son and brother, and honest young adult. He was a dedicated Boy Scout that grew into a respectful hard working young man. He expresses great appreciation for his long-term employment at Matsuzaka-Tei, and most recently, Hawaii State Federal Credit Union and takes his responsibilities seriously.

I respectfully request of the Court to consider the pre-trial release of David Sueki Yamamoto knowing he will have full support from family and close friends. If there is a need for the Court to contact me, I can be reached on my wireless phone at ████████ or through my personal email at ████████████

Respectfully,

Coleen Matsumura
Coleen Matsumura

Jeffrey W.S. Kong

██████████████████

November 30, 2025

The Honorable Wes Reber Porter, Magistrate Judge
United States District Court
District of Hawaii

Re: Character Letter in Support of Pre-Trial Release for David Sueki Yamamoto

Dear Judge Porter:

My name is Jeffrey Wai Sung Kong, and I am writing to offer my support for David Sueki Yamamoto as the Court considers whether he should be released pending trial. I understand the seriousness of the charges and the importance of ensuring that the Court has accurate information about who David Yamamoto is as a person.

I have known David Yamamoto as a family member since his birth 27 years ago, at many happy family events and occasions. Throughout this time, I have always seen him demonstrate his respect for family members and have known and observed him to be considerate and good-natured. In my direct experience, David has consistently demonstrated a commitment to our family and is deserving of our trust.

I am aware of the current charges, but I can speak to David Yamamoto's character and behavior outside of this situation. He has genuine ties to his immediate and extended family and has recently started a new job after long-term employment elsewhere. I sincerely believe that these ties reduce any risk of flight.

I understand the responsibilities associated with pre-trial release and am confident that David Yamamoto will fully comply with all conditions the Court may impose.

Thank you for your time in reading this letter and consideration of my perspective.

Respectfully,

Jeffrey W.S. Kong

Jennifer Fong



November 30, 2025

The Honorable Wes Reber Porter, Magistrate Judge
U.S. District Court
District of Hawaii
300 Ala Moana Blvd, C-338
Honolulu, Hawaii 96850

RE:  Character Letter in Support of Pre-Trial Release for David Sueki Yamamoto

Dear Judge Porter:

My name is Jennifer Fong, and I am writing this letter to offer my full support for David Sueki Yamamoto, whom I have known for over 20 years. I have been close friends with David's mother since 2003 and have had the opportunity to get to know David during numerous social gatherings and family events. I am writing to provide insight into David's character in hopes that it may assist the Court as it considers whether he should be released pending trial.

I have watched David grow into a person who is hard-working, responsible, thoughtful and respectful. In the time that I have known him, I have had many opportunities to observe David's character in various situations. As a young boy and teenager, I observed him as he completed tasks as a boy scout that required determination and problem-solving skills. I also remember that he befriended a neighbor around the same age whose parents worked long hours. He was always checking on his friend, making sure he was okay, helping him and inviting him over so that he wasn't home alone.

I understand the seriousness of the current charges. I can attest that this behavior is entirely out of character for the person I know. David has a strong support system of family and friends committed to supporting him and strong ties to our community here in Hawaii.

Thank you for your time and consideration. I am available to answer any questions or provide further information if needed.

Respectfully,

Jennifer Fong

The Honorable Mag. Judge Wes Reber Porter
United States District Court
District of Hawaii

Re: Character Letter in Support of Pre-Trial Release for David Sueki Yamamoto

Dear Judge Porter:

My name is Jennifer Smythe, and I am writing to express my support for David Yamamoto as the Court considers whether he should be released pending his trial.

I have known David for two decades although I haven't seen him as often since Covid. Throughout this time, I viewed him to be loving,  responsible, honest, and dependable. He loves his family, cares for his friends and has his faith. I've always known him to be a respectable and soft spoken guy.

He has had steady long-term employment first with Zippys (where he worked to buy his first car), years at Matsuzaka-Tei  and 6 months at Hawaii State Federal Credit Union.

He has family and friends who love him and will support him through this difficult time. This release is not freedom and we will ensure that he knows what he must do and not do during this time. Thank you for taking the time to read this letter and consider his release as his trial is pending.

Respectfully,

Jennifer Smythe

Joshua Ader



November 28, 2025

Judge Wes Reber Porter
United States District Court
District of Hawaii

Character Letter in Support of Pre-Trial Release for David Yamamoto

Dear Judge Porter

My name is Joshua Ader, and I am writing this letter on behalf of David Yamamoto. The purpose of this letter is to offer my support to David Yamamoto by providing the Court with accurate information about David as a person. I met David in the early year of 2019 when he began to work with me at a restaurant in Pearl City. Since then, we became close friends who not only shared many moments together, but also taught many things to each other, such as life responsibilities, life skills, and making connections with other people. The many exchanges I shared with David showed just how much of a responsible character he truly was, as a reliable and caring friend. In one way, David was more of a mentor to me at times, even telling me what the best option(s) would be in my personal difficult situations. This would sometimes result in him comparing what I would want to hear, do, or say versus what the better option would be to resolve such situations. To me, David was a friend who would always know from right to wrong and would do everything he could to guide me or both of us in the right direction. While David served as a mentor to me, he also always had the strive for self-improvement whenever reflecting on himself, which was an attribute to his character that many and myself always looked up to. David was not just someone I looked up to, but also a great friend who I would always spend many moments with, such as going out to conventions, staying at hotel suites and penthouses, as well as going on many camping trips with our many other friends included in all of these outings.

David's caring nature and desire to not only help others, but also to improve himself from such personal difficulties shows how much he is willing to do everything he can to be a better person. It is my utmost hope that this letter regarding David Yamamoto will play a positive and contributing factor when the court considers this matter.

Sincerely,

Joshua Ader

Kevin Schulmeister



11/29/2025

The Honorable Mag. Judge Wes Reber Porter
United States District Court
District of Hawaii

Re: Character Letter in Support of Pre-Trial Release for David S. Yamamoto

Dear Judge Porter:

My name is Kevin Schulmeister and I am respectfully writing to offer my support for my nephew David S. Yamamoto that I have known throughout his lifetime. He refers to me as uncle Kevin.

I am aware of his current charges and want to ensure the court has an understanding on how my nephew David is as a man.

My nephew David is a man of high moral character and puts others first. He embodies a strong work ethic and exemplifies what it means to be a dedicated individual.

My nephew David also is reliable, honest and integrity driven. He helps and communicates with others in a very respectful manner.

I am respectfully encouraging the court for support to my nephew David S. Yamamoto for his release pending trial. I am confident that he will respectfully comply with all conditions the court will consider.

Thank you for the understanding and consideration. My contact information is:

Kevin Schulmeister

Respectfully,
Kevin Schulmeister

Rene K. Kong

███████████████

███████████████

November 29, 2025

The Honorable Wes Reber Porter, Magistrate Judge
United States District Court
District of Hawaii

Re:  Character Letter in Support of Pre-Trial Release for David Sueki Yamamoto

Dear Judge Porter:

My name is Rene Keiko Kong, and I am writing to offer my support for David Yamamoto as the Court considers whether he should be released pending trial.  I understand the seriousness of the charges and the importance of ensuring that the Court has accurate information about who David Yamamoto is as a person.

I have known David Yamamoto for 27 years as a family member.  Throughout this time, I have always known him to be considerate, respectful and good-natured.  In my direct experience, he has shown a commitment to family, caring attitude and mutual trust.

I am aware of the current charges, but I can speak to David Yamamoto's character and behavior outside this situation.  He has deep and genuine ties to our family and a new job following long-term employment elsewhere.  I sincerely believe these ties reduce any risk of flight.  I also understand the responsibilities associated with pre-trial release and am confident that David Yamamoto will fully comply with all conditions the Court may impose.

Thank you for taking the time to read this letter and consider my perspective.

Respectfully,

Rene K. Kong

From the Timothy Schulmeister

███████████████████

11/29/2025

The Honorable Mag. Judge Wes Reber Porter
United States District Court
District of Hawaii

Re: Character Letter in Support of Pre-Trial Release for David S. Yamamoto

Dear Judge Porter:

My name is Timothy Schulmeister, David's Uncle, and I'm writing to respectfully ask the court to consider releasing David pending trial. I understand the charges are serious and I thought it was important for the court to see a bigger picture of David.

I have known David his entire life. He has always been a respectful, loving person, with strong family ties. When he was little he always dreamed of being a commercial airline pilot. Since I was currently serving as a Naval Aviator, I relished this time and spent countless hours talking about airplanes. He quickly developed a love for music and dedicated himself to mastering the Tuba. He was able to do this while simultaneously earning his Eagle Scout with the Boy Scouts of America. He has always been there for his grandparents and his immediate family, always puts a smile on my face and I'm proud to be his Uncle. It's because of his close family ties that I believe reduces any flight risk. I am confident that David will fully comply with all the conditions the Court may impose.

Thank you for taking the time and consideration to read this letter. Please feel free to contact me at

███████████████████████

Respectfully,
Timothy Schulmeister

# **CERTIFICATE OF SERVICE**

I hereby certify that by the method of service noted below, a true and correct

copy of the foregoing was served on the following on December 1, 2025:

Served Electronically through CM/ECF:

REBECCA A. PERLMUTTER
Assistant United States Attorney
300 Ala Moana Boulevard, Room 6100
Honolulu, Hawaii  96850

Attorney for Plaintiff
UNITED STATES OF AMERICA

Served Electronically through E-Mail:

WHITNEY NAKAMURA
United States Probation Officer Officer
300 Ala Moana Boulevard, Room 2100
Honolulu, Hawaii  96850

DATED:   Honolulu, Hawaii, December 1, 2025.


/s/ Melinda K. Yamaga
MELINDA K. YAMAGA
Attorney for Defendant
DAVID YAMAMOTO